UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MASON CAPITAL L.P. and MASON CAPITAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Civil Action No. 2:18-cv-01119-MCA-LDW <br><br> ECF Case <br> Document Electronically Filed |

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs Mason Capital L.P. and Mason Capital Ltd. ("Plaintiffs") and Defendants Perrigo Company plc ("Perrigo"), Joseph Papa, Judy Brown, Laurie Brlas, Gary M. Cohen, Marc Coucke, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael R. Jandernoa, Gerald K. Kunkle, Jr., Herman Morris, Jr., and Donal O'Connor (collectively, "Defendants"), through their undersigned counsel, hereby agree and stipulate to the following matters:

WHEREAS, on January 26, 2018, Plaintiffs commenced the above-captioned individual action (the "Action");

WHEREAS, the complaint in the Action involves claims, allegations, and parties that significantly overlap with the claims, allegations, and parties described in the June 21, 2017 Amended Complaint for Violation of the Federal Securities Laws (the "Amended Complaint") in *Roofers' Pension Fund, et al. v. Perrigo Company plc, et al.*, Civ. A. No. 2:16-cv-02805-MCA-LDW (the "Class Action");

WHEREAS, on August 21, 2017, defendant Perrigo and all of the individual defendants except Coucke moved to dismiss the Amended Complaint in the Class Action, and on August 25,

2017, individual defendant Coucke moved to dismiss the Amended Complaint in the Class Action (collectively, the "Motions to Dismiss");

WHEREAS, lead plaintiff in the Class Action filed its opposition to the Motions to Dismiss, all defendants have filed their replies in further support of the Motions to Dismiss, and briefing was completed in connection with the Motions to Dismiss on November 6, 2017;

WHEREAS, on November 1, 2017, Carmignac Gestion, S.A. commenced an action captioned *Carmignac Gestion, S.A. v. Perrigo Company PLC, et al.*, Civ. A. No. 2:17-cv-10467-MCA-LDW (the "Carmignac Action");

WHEREAS, in the Carmignac Action, the parties entered into a stipulation similar to the stipulation set forth below, which was "so ordered" by the Court on December 8, 2017;

WHEREAS, on January 16, 2018, plaintiffs Manning & Napier Advisors, LLC commenced an action captioned *Manning & Napier Advisors, LLC v. Perrigo Company PLC, et al.*, Civ. A. No. 2:18-cv-00674-MCA-LDW (the "Manning Action"); and

WHEREAS, in the Manning Action, the parties entered into a stipulation similar to the stipulation set forth below, which was submitted to the Court on January 30, 2018;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, as follows:

1. By entering into this stipulation, Defendants accept service of the summons and complaint in the Action and expressly preserve all rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense as to the timeliness and sufficiency of service of the summons and complaint and the form of the summons.

2. With the Court's permission, motions to dismiss the Action are not to be filed

2

until after the disposition of the Motions to Dismiss the Class Action. For the avoidance of doubt, the parties stipulate and agree that Defendants are under no current obligation to answer or otherwise respond to the complaint in the Action.

3. The parties stipulate and agree that no more than thirty (30) days after the Motions to Dismiss the Class Action are resolved, counsel for Plaintiffs and Defendants shall confer and submit a proposed schedule for the filing of answers or other responses to the complaint in the Action.

Dated: February 20, 2018

By: */s/ John A. Azzarello*
    John A. Azzarello

WHIPPLE AZZARELLO, LLC
John A. Azzarello
161 Madison Avenue
Suite 325
Morristown, NJ 07960
(973) 267-7300
azzarello@whippleazzarellolaw.com

LABATON SUCHAROW LLP
Serena P. Hallowell (*pro hac vice application to be filed*)
Michael P. Canty (*pro hac vice application to be filed*)
Eric J. Belfi (*pro hac vice application to be filed*)
David J. Schwartz (*pro hac vice application to be filed*)
140 Broadway
New York, NY 10005
(212) 907-0700
shallowell@labaton.com
mcanty@labaton.com
ebelfi@labaton.com
dschwartz@labaton.com

*Attorneys for Plaintiffs*

By: */s/ Alan S. Naar*
    Alan S. Naar

GREENBAUM, ROWE, SMITH
 & DAVIS LLP
Alan S. Naar
99 Wood Avenue South
Iselin, NJ 08830
(732) 476-2530
anaar@greenbaumlaw.com

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
James D. Wareham (*pro hac vice application to be filed*)
James E. Anklam (*pro hac vice application to be filed*)
801 17th Street, NW
Washington, DC 20006
202) 639-7000
james.wareham@friedfrank.com
james.anklam@friedfrank.com

Samuel P. Groner (*pro hac vice application to be filed*)
One New York Plaza
New York, NY 10004
(212) 859-8000
samuel.groner@friedfrank.com

*Attorneys for Defendant*
*Perrigo Company plc*

Dated: February 20, 2018

By: */s/ Marshall R. King*
    Marshall R. King

GIBSON, DUNN & CRUTCHER LLP
Reed Brodsky (*pro hac vice application to be filed*)
Aric H. Wu (*pro hac vice application to be filed*)
Marshall R. King
200 Park Ave
New York, NY 10166
(212) 351-4000

4

                    rbrodsky@gibsondunn.com
                    awu@gibsondunn.com
                    mking@gibsondunn.com

*Attorneys for Defendant Joseph Papa*

Dated: February 20, 2018        By:  */s/ Brian T. Frawley*
                                              Brian T. Frawley

                    SULLIVAN & CROMWELL LLP
                    John L. Hardiman (*pro hac vice application to be filed*)
                    Brian T. Frawley
                    Michael P. Devlin (*pro hac vice application to be filed*)
                    125 Broad Street
                    New York, NY 10004
                    (202) 558-4000
                    hardimanj@sullcrom.com
                    frawleyb@sullcrom.com
                    devlinm@sullcrom.com

*Attorneys for Defendant Judy Brown*

Dated: February 20, 2018        By:  */s/ Steven W. Shuldman*
                                              Steven W. Shuldman

                    WILMER CUTLER PICKERING HALE AND DORR LLP
                    Steven W. Shuldman
                    Michael G. Bongiorno (*pro hac vice application to be filed*)
                    7 World Trade Center
                    250 Greenwich Street
                    New York, NY 1007
                    (212) 230-8800
                    steven.shuldman@wilmerhale.com
                    michael.bongiorno@wilmerhale.com

                    Peter J. Kolovos (*pro hac vice application to be filed*)
                    Alexandra C. Boudreau (*pro hac vice application to be filed*)
                    Ivan Panchenko (*pro hac vice application to be*

5

*filed*)
60 State Street
Boston, MA 02109
(617) 526-6000
peter.kolovos@wilmerhale.com
alexandra.boudreau@wilmerhale.com
ivan.panchenko@wilmerhale.com

*Attorneys for Defendant Marc Coucke*

Dated: February 20, 2018     By: /s/ *Jonathan W. Wolfe*
                                  Jonathan W. Wolfe

SKOLOFF & WOLFE, PC
Jonathan W. Wolfe
Jane J. Felton
293 Eisenhower Parkway
Livingston, NJ 07039
(973) 232-2988
jwolfe@skoloffwolfe.com
jfelton@skoloffwolfe.com

MILBANK, TWEED, HADLEY, & McCLOY
  LLP
Alan J. Stone (*pro hac vice application to be filed*)
28 Liberty Street
New York, New York 10005
(202) 530-5000
astone@milbank.com

*Attorneys for Defendants Laurie Brlas, Gary M.
  Cohen, Jacqualyn A. Fouse, Ellen R. Hoffing,
  Michael Jandernoa, Gerald K. Kunkle, Jr.,
  Herman Morris, Jr., and Donal O'Connor*

SO ORDERED THIS 21st DAY OF February, 2018

Leda D. Wettre, USMJ
Hon. Madeline Cox Arleo
United States District Judge

6

15680501