**WHIPPLE AZZARELLO, LLC**
Attorneys at Law

161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
Tel: (973) 267-7300
Fax: (973) 267-0031
whippleazzarellolaw.com

**JOHN C. WHIPPLE**
Certified by the Supreme Court of
New Jersey as a Criminal Trial Attorney

**JOHN A. AZZARELLO**
Admitted in New Jersey
and New York

**JOHN J. FARMER, JR.**
Of Counsel

**AMY VALENTINE McCLELLAND**
Of Counsel

**WILLIAM J. MUNIOZ**
Admitted in New Jersey
and New York

August 24, 2018

*VIA ECF*

Hon. Madeline Cox Arleo
Hon. Leda Dunn Wettre
U.S. District Court
M. L. King, Jr. Federal Building & Courthouse
50 Walnut St., Room 2060
Newark, NJ 07102

Re:   *Mason Capital, et al. v. Perrigo Company plc, et al.*, Civil Action No.
      **2:18-cv-1119 (MCA)(LDW)**

Dear Judge Arleo and Magistrate Judge Wettre:

This firm, together with Labaton Sucharow LLP, represents Plaintiffs in the above-referenced matter (the "Action"). We write jointly on behalf of all parties in the Action in regard to the Stipulation and Order that was agreed to by the parties and ordered by Magistrate Judge Wettre on February 21, 2018 (ECF No. 8) (the "Order").

The Order (at paragraph 3) requires counsel for the parties in the Action to confer and submit a proposed schedule for the filing of answers or other responses to the complaint in the Action 30 days after resolution of the motions to dismiss in the related class action pending before the Court (*Roofers' Pension Fund v. Papa and Perrigo Company plc*, No. 2:16-cv-2805 (MCA) (LDW)), i.e. on or before August 27, 2018.

The parties have been engaging in productive meet and confer discussions regarding next steps in the Action, which have not yet concluded. The parties agree that additional time is needed to complete those discussions and submit a proposed schedule for next steps and accordingly jointly seek to extend the deadline to submit a proposed schedule for next steps to Friday, September 14, 2018. If the proposed extension to September 14, 2018 meets with your Honor's approval, kindly "So Order" this letter and have it entered on the docket.

Thank you for your time and consideration.

cc: All counsel of record (via ECF)

Respectfully submitted,

s/ John A. Azzarello

SO ORDERED
THIS 27th DAY OF August, 2018

/s/ Leda D. Wettre
Hon. Madeline Cox Arleo, U.S. D. J.
Hon. Leda Dunn Wettre, U.S. M. J.