**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MASON CAPITAL L.P., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO CO. PLC, *et al.*, <br><br> Defendants. | Civil Action No. 2:18-cv-01119-MCA-LDW <br><br> ECF Case <br> Document Electronically Filed |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiffs Mason Capital L.P. and Mason Capital Ltd., through their undersigned counsel, hereby dismiss all claims in this action against Defendants Laurie Brlas, Gary M. Cohen, Marc Coucke, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael R. Jandernoa, Gerald K. Kunkle, Jr., Herman Morris, Jr., and Donal O'Connor without prejudice.

Dated: September 14, 2018

s/ *John A. Azzarello*
John A. Azzarello

LABATON SUCHAROW LLP
Serena P. Hallowell (*pro hac vice* forthcoming)
140 Broadway
New York, NY 10005
(212) 907-0700
shallowell@labaton.com

WHIPPLE AZZARELLO, LLC
John A. Azzarello
161 Madison Avenue, Suite 325
Morristown, NJ 07960
(973) 267-7300
azzarello@whippleazzarellolaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2018, I caused a copy of the foregoing Notice of Dismissal to be served via ECF upon counsel of record.

*s/ John A. Azzarello*