**Greenbaum Rowe Smith & Davis LLP**

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881
DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712
INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

NEW YORK OFFICE:
750 THIRD AVENUE
9TH FLOOR
NEW YORK, NY 10017
(212) 847-9858

ALAN S. NAAR
(732) 476-2530 - DIRECT DIAL
(732) 476-2531 - DIRECT FAX
ANAAR@GREENBAUMLAW.COM

September 17, 2018

*VIA ECF*

Hon. Leda Dunn Wettre, U.S.M.J.
U.S. District Court
M. L. King, Jr. Federal Building & Courthouse
50 Walnut St., Room 2A
Newark, NJ 07102

      Re:    **Mason Capital, et al. v. Perrigo Company plc, et al.**
              **Civil Action No. 2:18-cv-01119**

Dear Judge Wettre:

      This firm, together with Fried, Frank, Harris, Shriver & Jacobson LLP, represents defendant Perrigo Company plc in the above-referenced cases.

      We are seeking the *pro hac vice* admission of three attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP on behalf of Perrigo. Enclosed are copies of the following in support of this application:

      1.    Certification of Alan S. Naar;
      2.    Certification of James D. Wareham;
      3.    Certification of James E. Anklam;
      4.    Certification of Samuel P. Groner;
      5.    Proposed Order; and
      6.    Certification of Service.

      Plaintiff's counsel has consented to this application. As a result, we have not filed a formal motion.

      If the certifications meet with your Honor's approval, kindly enter the Order and have the Clerk's office enter it on the docket.

Case 2:18-cv-01119-MCA-LDW   Document 14   Filed 09/17/18   Page 2 of 2 PageID: 175

Greenbaum Rowe
Smith & Davis LLP

Hon. Leda Dunn Wettre, U.S.M.J.
September 17, 2018
Page 2

      Thank you for your time and consideration.

                                        Respectfully submitted,

                                        Alan S. Naar

ASN:cd
cc:    All counsel of record (*via ECF*)