**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MASON CAPITAL L.P. and MASON CAPITAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO CO., PLC, JOSEPH PAPA, and JUDY BROWN, <br><br> Defendants. | Civil Action No. 2:18-cv-01119-MCA-LDW |

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Voluntary Dismissal with Prejudice filed by Plaintiffs Mason Capital L.P. and Mason Capital Ltd. ("Plaintiffs"), and Defendants Perrigo Co., plc, Joseph Papa, and Judy Brown (collectively, the "Defendants") in the above-referenced action, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Stipulation of Voluntary Dismissal with Prejudice is GRANTED in all respects and Plaintiffs' claims against Defendants in this action are hereby DISMISSED with prejudice.

IT IS FINALLY ORDERED that all costs are adjusted against the Party incurring the same. SIGNED this the 19th day of August, 2024 in Newark, New Jersey.

_____
HON. MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE